E. Robert Coven, respondent,

*v.*

First Savings and Loan Association of Fair Lawn, appellant.

[Argued May 21st, 1948. Decided September 3d, 1948.]

*Messrs. Cole, Morrill & Nadell (Mr. Mendon Morrill, of counsel), for the respondent.*

*Mr. Charles Halsted, for the appellant.*

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Grimshaw, and reported at *141 N. J. Eq. 1.*

*For affirmance*—The Chief-Justice, Bodine, Donges, Heher, Colie, Wachenfeld, Eastwood, Burling, Jacobs, Wells, Dill, Freund, McLean, Schettino, JJ. 14.

*For reversal*—None.